384915
Law Firm Ref#: Jason Gall

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JASON GALL and ALI ALTHOFF,

    Plaintiff(s)

vs.

ASCEND CAPVENTURES, INC., et al.,

    Defendant(s)

Case No.: 1:24-cv-05982

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, **Dustin Looper**, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Case; Complaint** to **Ascend Capventures, Inc. c/o Cloud Peak Law, LLC, Registered Agent, located at 1095 Sugar View Dr., Ste. 500, Sheridan, WY 82801** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Ascend Capventures, Inc. c/o Cloud Peak Law, LLC, Registered Agent personally on the ____ day of _____, 20____ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: **Amanda Tyson**, Title: **registered agent clerk**, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the **24** day of **July**, 20**24** at **2:50 P**M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Ascend Capventures, Inc. c/o Cloud Peak Law, LLC, Registered Agent's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (**attach an additional sheet if needed**):

__/__/__ @ ____:____ _____
__/__/__ @ ____:____ _____
__/__/__ @ ____:____ _____

A description of person with whom the documents were left is as follows:
Sex: **F**    Race: **W**    Approx. Age: **40's**    Height: **5'6"**    Weight: **180**    Hair: **blnde**
Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this **22** day of **August**, 20**24**

_____
Notary Public

MATTHEW SCHUSTER
Notary Public - State of Wyoming
Commission ID: 169530
My Commission Expires Feb. 6, 2030

_____
(Server Signature)

**Dustin Looper**
(Print Name)

SAAFF/384915