# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Gall, et al.

                        Plaintiff,

v.                                                      Case No.: 1:24−cv−05982

                                                           Honorable Robert W. Gettleman

Ascend Capventures, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, September 15, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion For Default Against Defendant Ascend Capventures, Inc. [7] is granted. An order of default is entered against defendant Ascend Capventures, Inc. The court will set a prove−up hearing when plaintiffs file their motion for default judgment. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.