IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON GALL and ALI ALTHOFF, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:24-cv-5982 |
| ) | |
| v. ) | Hon. Robert W. Gettleman |
| ) | |
| ASCEND CAPVENTURES, INC., WILL ) | |
| BASTA, and JEREMY LEUNG, ) | |
| ) | |
| Defendants. | |

## NOTICE OF STAY.

Plaintiffs, Jason Gall and Ali Althoff, through their attorneys, Tarpey Wix LLC, for their Notice of Stay, state as follows:

1. Plaintiffs filed their Complaint against Defendants Ascend Capventures, Inc. ("Ascend"), Will Basta and Jeremy Leung on July 16, 2024. Doc. No. 1.

2. On September 13, 2024, Plaintiffs filed a motion for default against Defendant Ascend Capventures, Inc. ("Ascend"). Doc. No. 7.

3. On September 15, 2024, this Court granted the motion for default against Ascend and indicated that a prove-up hearing would be scheduled. Doc. No. 8.

4. On October 5, 2024, Counsel for Plaintiffs received notification from a lawyer on behalf of the Federal Trade Commission ("FTC") that the Court in the United States District Court for the Central District of California had entered an Order in the matter of *Federal Trade Commission v. Ascend Capventures, Inc.*, et. al., Case No. 24-cv-07660, granting the FTC's Application for a Temporary Restraining Order and staying all litigation against Ascend, as well as against Defendants Basta and Leueng. A copy of the Court's Order is attached as Exhibit A, see Section XVII (Stay of Actions).

5. The Court in the Central District of California also recently entered another Order extending the TRO, and the stay of litigation, against Ascend, *et. al.*, until October 9, 2024. Counsel for the FTC indicated that this TRO (and stay of litigation) likely will be extended again.

6. In light of the pending prove-up hearing related to the default judgment against Ascend, Plaintiffs are filing this Notice to advise this Court of the Orders entered in the FTC matter against Ascend, Basta and Leung.

WHEREFORE, Plaintiffs, Jason Gall and Ali Althoff, provide this Court with notice of the Orders entered by the Court in the matter of FTC v. Ascend Capventures, Inc., et. al. for this Court's consideration and the entry of any orders this Court deems just and proper

**DATED**: October 6, 2024                    Respectfully submitted,

**Jason Gall and Ali Althoff**

/s/ David G. Wix
One of Their Attorneys

David G. Wix (6226391)
**TARPEY WIX LLC**
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312) 948-9093 Office
(312) 948-9105 Fax
dwix@tarpeywix.com