**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2**
**Eastern Division**

Jason Gall, et al.

Plaintiff,

v.                                          Case No.: 1:24–cv–05982
                                            Honorable Robert W. Gettleman

Ascend Capventures, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 7, 2024:

     MINUTE entry before the Honorable Robert W. Gettleman: In light of the injunction entered by the Central District of California in case entitled FEDERAL TRADE COMMISSION v. ASCEND CAPVENTURES, INC., et al., 2:24–cv–07660–SPG–JPR, this matter is stayed until further order of court. Plaintiff is directed to inform the court when and if the injunction is extended, lifted or made permanent. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.