**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jason Gall, et al.

Plaintiff,

v.

Case No.: 1:24−cv−05982
Honorable April M. Perry

Ascend Capventures, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable April M. Perry: Hearing held 8/27/2026 on Plaintiff's motion for default judgment against Defendant Ascend Capventures Inc. [29] Defendant Ascend Capventures Inc. does not appear. The motion is granted for the reasons stated in open court and consistent with the order to follow. Plaintiff's oral motion to dismiss the complaint as to Defendants Will Basta and Jeremy Leung is granted. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.