**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JASON GALL and ALI ALTHOFF, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:24-cv-5982 |
| | ) | |
| v. | ) | Hon. April M. Perry |
| | ) | |
| ASCEND CAPVENTURES, INC., WILL BASTA, and JEREMY LEUNG, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**DEFAULT JUDGMENT ORDER**

This matter coming before the Court on Plaintiffs' Motion for Entry of Default Judgment against Defendant Ascend Capventures, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court having considered the Motion, the supporting affidavit and being fully informed, IT IS HEREBY ORDERED:

For the reasons stated on the record on August 27, 2026, judgment is entered in favor of Plaintiffs Jason Gall and Ali Althoff and against Defendant Ascend Capventures, Inc. in the amount of $142,388.96, plus costs and interest. Post-judgment interest shall accrue on the total judgment amount at the statutory rate set by 28 U.S.C. § 1961 from the date of this entry until paid in full.

Further, pursuant to Federal Rule of Civil Procedure 41(a)(2), the claims against Will Basta and Jeremy Leung are voluntarily dismissed without prejudice.

This is a final and appealable order. This case is hereby terminated.

Dated: August 27, 2026

ENTER: April M Perry

______________________________

**Honorable April M. Perry**

United States District Judge